**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2092**

JOHN A. LANE, MD, FACOG,

Plaintiff - Appellant,

versus

STEPHEN J. WILSON, MD; JOCK R. WHEELER, MD;
KRIS LEE SPERRY, MD; STEVEN F. GORDON, MD,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Joseph Robert Goodwin, District Judge. (CA-04-1255-2)

Submitted: February 23, 2006      Decided: February 28, 2006

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John A. Lane, Appellant Pro Se. Ancil Glenn Ramey, STEPTOE & JOHNSON, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John A. Lane, appeals the district court's order adopting the magistrate judge's recommendation to grant the Appellants' motion to dismiss in this civil case. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lane v. Wilson, No. CA-04-1255-2 (S.D.W. Va. Aug. 26, 2005); see also Wilson v. Bernet, ___ S.E.2d ___, 2005 WL 3092265 (W. Va. 2005) (holding that adverse expert witnesses are entitled to immunity for their testimony and participation in civil proceedings). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -